In the Matter of the Claim of TOMASINA MORINI, Respondent, against ERIE RAILROAD COMPANY, Appellant.

STATE INDUSTRIAL BOARD, Respondent.

(Argued February 10, 1930; decided March 18, 1930.)

*George F. Roesch, 2d,* for appellant.

*Hamilton Ward, Attorney-General* (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, CRANE, LEHMAN, KELLOGG and HUBBS, JJ. Dissenting: CARDOZO, Ch. J., and O'BRIEN, J.